1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***E-FILED - 7/14/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONROE JONES,                          )          No. C 09-2625 RMW (PR)
                                       )
                    Plaintiff,         )          JUDGMENT
                                       )
        vs.                            )
                                       )
                                       )
CHIEF DEPUTY PAT CASSIDY, et al.,      )
                                       )
                    Defendants.        )
_____)

        The court has dismissed the instant complaint for failure to state a claim.  A judgment of

dismissal without prejudice is entered.  The clerk shall close the file.

        IT IS SO ORDERED.

DATED: __7/14/09__                     _Ronald M. Whyte_
                                       RONALD M. WHYTE
                                       United States District Judge